IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-08-271-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING** |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| HOLLY KOYLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a Report and Recommendation filed by the United

States Magistrate Judge. (Docket No. 55).  On February 11, 2009, Defendant Holly

Koyle appeared before the Magistrate Judge to enter a change of plea pursuant to a

written plea agreement. The Magistrate Judge conducted the plea hearing and

concluded there is a factual basis for Defendant's plea of guilty to the Counts One

and Twelve contained in the Indictment (Docket No. 1), and that it was entered

voluntarily and with full knowledge of the consequences.  Defendant Holly Koyle

and the Government have each advised the Court that they have no objections to

the Report and Recommendation, and that they waive the 10-day period for filing

any objections.

**Order Adopting Report and Recommendation - 1**

The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003). Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 55) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Counts One and Twelve charged in the Indictment (Docket No. 1), shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Holly Koyle is found to be GUILTY as to Counts One and Twelve charged in the Indictment (Docket No. 1).

**Order Adopting Report and Recommendation - 2**

Additionally, with the filing of this Order, the No Contact provision is hereby lifted.

DATED:  **February 13, 2009**



B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 3**